# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2006

130272(17)(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

                                   SC: 130272
                                   COA: 266826
                                   Calhoun CC: 2005-03191-FC;
                                   2005-003140-FC;
                                   2005-002906-FC

GENAIL QUINCY POSTLEY, JR.,
    Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration and the motion to stay are GRANTED. Proceedings in the Calhoun Circuit Court are stayed until further order of this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2006

_____
Clerk

p0109